| PROB 22 (Rev. 8/97) | | DOCKET NUMBER (Tran. Court) 5:04CR00631-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** 07CR50057 | | DOCKET NUMBER (Rec. Court) FILED 07 Nov 1 PM 3:51 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Thomas Charles Hallock Illinois | DISTRICT SOUTHERN DISTRICT OF TEXAS | DIVISION U.S. COURTS Laredo SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| FILED NOV 19 2007 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT | NAME OF SENTENCING JUDGE George P. Kazen | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 10/09/2007 — TO 10/08/2010 |

**OFFENSE**

Possess with intent to distribute a quantity in excess of 50 kilograms of marihuana, 21 U.S.C. §§ 841 (a)(1) and 841 (b)(1)(C)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS/LAREDO DIVISION

    It is ordered that the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the Northern District of Illinois/Rockford Division on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

10/5/07
Date

George P. Kazen
United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois/Rockford Division

    Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

10-24-07
Effective Date

United States District Judge

CLOSED, PRIOR

# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Laredo)
### CRIMINAL DOCKET FOR CASE #: 5:04-cr-00631 All Defendants
Internal Use Only

| | |
|---|---|
| Case title: USA v. Hallock | Date Filed: 04/06/2004 |
| Magistrate judge case number: 5:04-mj-02289 | Date Terminated: 09/09/2005 |

Assigned to: Judge George P. Kazen

**Defendant**

| | | |
|---|---|---|
| **Thomas Charles Hallock (1)**<br>*TERMINATED: 09/09/2005* | represented by | **Octavio Salinas, II**<br>Attorney at Law<br>213 W Village Blvd<br>Ste 6<br>Laredo, TX 78041<br>956-727-4942<br>Fax: 956-727-0792<br>Email: osalinasII@bizlaredo.rr.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| Count 1: 21:841A=MD.F Possess with intent to distribute approx 182 lbs of Marihuana. Penalty: 0 to 20 yrs and/or $1 mil fine; $100 cvf; 3 yrs tsr.<br>(1) | 24 mos to serve; 3 yrs tsr; fine waived; $100 cvf; 75 hrs of community service spread out over; placement in Illinois facility; ct 2 dismissed on Gvts oral motion; dft waived appeal |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| Count 2: 21:960B=CI.F Importation of a schedule I controlled substance. Penalty: 0 to 20 yrs and/or $1 mil fine; $100 cvf; 3 yrs tsr.<br>(2) | Count 2 dismissed on Gvts oral motion<br><br>TRUE COPY I CERTIFY<br>ATTEST:<br>Michael N. Milby, Clerk<br>By _____<br>Deputy Clerk |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

USA      represented by      **Financial Litigation**
U S Attorney's Office
Southern District of Texas
P O Box 61129
Houston, TX 77208
713-567-9000
Fax: 713-718-3391 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Pretrial Svcs-La**
PO Box 1460
Laredo, TX 78042-1460
956-794-1030 fax
Fax: 956-790-1743
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**US Probation - L**
1300 Victoria, Ste 2111
Laredo, TX 78040
956-726-2915 fax
Fax: 956-726-2915 fax
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Matthew James Rinka**
Assistant United States Attorney
PO Box 1179
Laredo, TX 78042-1179
956-723-6523
Email: matthew.rinka@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/13/2004 | | ARREST of Thomas Charles Hallock (DOB: 03/14/81) [ 5:04-m -2289 ] (nortiz) (Entered: 03/15/2004) |

| | | |
|---|---|---|
| 03/15/2004 | | COMPLAINT as to Thomas Charles Hallock , filed. [ 5:04-m -2289 ] (nortiz) (Entered: 03/15/2004) |
| 03/15/2004 | | AO 257 Information Sheet as to Thomas Charles Hallock , filed. [ 5:04-m -2289 ] (nortiz) (Entered: 03/15/2004) |
| 03/15/2004 | | Initial appearance as to Thomas Charles Hallock held before Magistrate Judge Marcel C. Notzon; Deft requested Atty.; Deft advises he will retained Atty.; Need to advised within 4 Days, if none, will appt. FPD; Bond set at $75,000. w/a $2,000. cash deposit and one co-surety; Deft remanded to custody ;Preliminary Examination set for 11:00 3/25/04 for Thomas Charles Hallock Ct Reporter: P Galvan; Tape Number: ERO; Interpreter: D Gonzalez (not used); Appearances: M L Castillo, AUSA; N Lopez, PTSO; M Lopez, Customs Agent (Defendant informed of rights.) , filed. [ 5:04-m -2289 ] (nortiz) (Entered: 03/15/2004) |
| 03/15/2004 | | CJA 23 FINANCIAL AFFIDAVIT by Thomas Charles Hallock , filed. [ 5:04-m -2289 ] (nortiz) (Entered: 03/15/2004) |
| 03/19/2004 | | MOTION by Thomas Charles Hallock to substitute attorney Octavio Salinas II in place of Tito Alfaro, FPD , filed. [ 5:04-m -2289 ] (nortiz) (Entered: 03/24/2004) |
| 03/19/2004 | | ORDER granting [0-1] motion to substitute attorney Octavio Salinas II in place of Tito Alfaro, FPD terminated attorney Thomas Charles Hallock for Thomas Charles Hallock Added Octavio Salinas II as to Thomas Charles Hallock (1) ( Signed by Magistrate Judge Marcel C. Notzon ), entered. Parties ntfd. [ 5:04-m -2289 ] (nortiz) (Entered: 03/24/2004) |
| 03/25/2004 | | Waiver of Preliminary Examination or Hearing by Thomas Charles Hallock , filed. [ 5:04-m -2289 ] (nortiz) (Entered: 03/25/2004) |
| 03/29/2004 | | Appearance BOND with Order Setting Conditions of Release entered by Thomas Charles Hallock in Amount $ 75,000. w/a $2,000. cash deposit, along with the additional bond conditions set by Pretrial Services, filed. ( Signed by Magistrate Judge Marcel C. Notzon ) Bond Depositor: Avis D Hallock, 312 Calvin Park Blvd., Rockford IL 61107, Tel: (815) 703-4545. [ 5:04-m -2289 ] (nortiz) (Entered: 04/05/2004) |
| 04/06/2004 | 1 | INDICTMENT as to Thomas Charles Hallock (1) count(s) 1, 2 ,filed. (amontemayor) (Entered: 04/21/2004) |
| 04/06/2004 | | (Court only) **Added Government Attorney Matthew James Rinka (amontemayor) (Entered: 04/21/2004) |
| 04/06/2004 | | (Court only) **Added Pretrial Services, Financial Litigation Unit and Probation (amontemayor) (Entered: 04/21/2004) |
| 04/07/2004 | 2 | NOTICE of Setting : Set Arraignment for 9:00 4/15/04 for Thomas Charles Hallock before Magistrate Judge Adriana Arce-Flores , filed. Parties ntfd. (amontemayor) (Entered: 04/21/2004) |
| 04/15/2004 | 3 | Arraignment held before Magistrate Judge Adriana Arce-Flores Ct Reporter: S.Medellin/ERO Interpreter: not used Appearances: Diana |

| | | |
|---|---|---|
| | | Saladana f/govt, Octavio Salaina f/deft , filed., Plea of Not Guilty: Thomas Charles Hallock (1) count(s) 1, 2 Deft first appearance w/counsel, deft enters a plea of not guilty, MD 4.26.4 @ 10:00, FPTC 5.11.4 @ 9:00, J.S. 5.14.4 @ 1:30, Docket control order issued w/copies to all parties, deft continued on bond. (bmendoza) (Entered: 04/23/2004) |
| 04/15/2004 | 4 | SCHEDULING ORDER setting Motion Filing deadline on 10:00 4/26/04 for Thomas Charles Hallock ; Pretrial Conference for 9:00 5/11/04 Jury Selection for 1:30 5/14/04 ; before Judge Keith P. Ellison , entered. Parties ntfd. (bmendoza) (Entered: 04/23/2004) |
| 04/21/2004 | 5 | MOTION by Thomas Charles Hallock for Disclosure of Evidence of other Crimes wrongs or acts which the govt intends to use pursuant to Fed. Rules of evidence 404(b) , filed. (bmendoza) Modified on 04/23/2004 (Entered: 04/21/2004) |
| 04/21/2004 | 6 | MOTION by Thomas Charles Hallock for Discovery and Inspection , filed. (bmendoza) Modified on 04/23/2004 (Entered: 04/21/2004) |
| 04/26/2004 | 7 | ORDER denying deft[6-1] motion for Discovery and Inspection , granting deft[5-1] motion for Disclosure of Evidence of other Crimes wrongs or acts which the govt intends to use pursuant to Fed. Rules of evidence 404(b) as to Thomas Charles Hallock (1) ( Signed by Judge George P. Kazen ), The Govt should endeavor to give the requested notice no later than May 3, 2004. entered. Parties ntfd. (bmendoza) (Entered: 04/26/2004) |
| 04/27/2004 | 8 | NOTICE of Setting : set final pretrial conference for 9:00 5/4/04 for Thomas Charles Hallock before Judge George P. Kazen , filed. Parties ntfd. (bmendoza) Modified on 05/06/2004 (Entered: 05/06/2004) |
| 05/04/2004 | 9 | Re-Arraignment held before Judge George P. Kazen Ct Reporter: Val Castano Interpreter: N/A Appearances: Matt Rinka f/govt, Octavio Salinas f/deft filed., Plea of Guilty: Thomas Charles Hallock (1) 1 (Terminated motions -, ) Deft enters a plea of guilty, Written plea agreement; factual basis for guilty plea filed, Order for PSI, Disclosure date due 6.9.4, deft continued on bond. (bmendoza) (Entered: 05/06/2004) |
| 05/04/2004 | 10 | Plea Agreement as to Thomas Charles Hallock , filed. (bmendoza) (Entered: 05/06/2004) |
| 05/04/2004 | 11 | FACTUAL BASIS for Guilty Plea by USA as to Thomas Charles Hallock , filed. (bmendoza) (Entered: 05/06/2004) |
| 05/04/2004 | 12 | ORDER for Disclosure of PSI , PSI completion by 6/9/04 for Thomas Charles Hallock before Judge George P. Kazen , entered. Parties ntfd. (bmendoza) (Entered: 05/06/2004) |
| 09/24/2004 | 13 | LETTER as to Thomas Charles Hallock e: PSR with an original disclosure date of 6/9/04 is now complete. The new disclosure date is 9/24/2004. Counsel shall communicate in writing any objections to the PSR within 14 days, or by 10/08/2004., filed. (bmendoza, ) (Entered: |

| | | |
|---|---|---|
| | | 10/08/2004) |
| 02/18/2005 | 13 | FINAL PRESENTENCE INVESTIGATION REPORT (Sealed) as to Thomas Charles Hallock, W/O Objections, filed.(bmendoza) (Entered: 02/21/2005) |
| 02/18/2005 | 14 | CONFIDENTIAL SENTENCING RECOMMENDATION (Sealed) regarding Thomas Charles Hallock, filed.(bmendoza) (Entered: 02/21/2005) |
| 09/09/2005 | 15 | Minute Entry for proceedings held before Judge George P. Kazen: Sentencing held on 9/9/2005 for Thomas Charles Hallock (1), Count(s) 1. ***SENTENCE: 24 mos to serve; 3 yrs tsr; fine waived; $100 cvf; 75 hrs of community service spread out over; placement in Illinois facility; ct 2 dismissed on Gvts oral motion; dft waived appeal. Dft to surrender during the month of January 2006. Appearances: Diana Saldana f/Gvt; Octavio Salinas, II f/dft. (Court Reporter: Leticia E Verdin) (Interpreter: Diana Gonzalez, not used) Deft continued on bond, filed. ( dflores ) (Entered: 09/12/2005) |
| 09/09/2005 |  | DISMISSAL OF COUNT on Governments Motion as to Thomas Charles Hallock (1) Count 2. ( dflores ) (Entered: 09/12/2005) |
| 09/09/2005 |  | (Court only) ***Case Terminated as to Thomas Charles Hallock. ( dflores ) (Entered: 09/12/2005) |
| 09/15/2005 | 16 | JUDGMENT as to Thomas Charles Hallock (The Statement of Reasons has been placed under seal in the envelope with the Original Presentence Report. Copies of the SOR have been sent to the defendant's attorney, the AUSA, and the US Marshal). ( Signed by Judge George P. Kazen ) Parties notified. ( dflores ) (Entered: 09/18/2005) |
| 11/08/2005 | 17 | ORDER TO SURRENDER on 01/10/06 at 2:00 PM to FCO Oxford as to Thomas Charles Hallock. ( Signed by Judge George P. Kazen ) Parties notified. ( dflores ) (Entered: 11/14/2005) |
| 01/17/2006 | 18 | MEMORANDUM by Thomas Charles Hallock re 17 Order to Surrender, filed. Dft did surrender in 01/10/06 at FCI Oxford. ( dflores ) (Entered: 01/18/2006) |
| 01/27/2006 | 19 | ORDER to Disburse Bond in the amount of $2000.00 to Depositor: Avis D Hallock as to Thomas Charles Hallock. ( Signed by Judge George P. Kazen ) Parties notified. ( dflores ) (Entered: 01/30/2006) |
| 02/22/2006 |  | Certified Mail Receipt Returned as to Thomas Charles Hallock, executed on 11/19/05, filed. Order to Surrender. ( dflores ) (Entered: 02/23/2006) |
| 11/01/2007 | 20 | Supervised Release Jurisdiction Transferred to Northern District of Illinois/Rockford Division as to Thomas Charles Hallock, filed. ( dflores ) (Entered: 11/08/2007) |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States District Court
Southern District of Texas
FILED
APR - 6 2004 BM
Michael N. Milby, Clerk
Laredo Division

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| V. | § | CRIMINAL NO. |
| | § | |
| THOMAS CHARLES HALLOCK | § | **L-04-0631** |
| | § | |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

#### COUNT ONE

On or about March 13, 2004, in the Southern District of Texas, and elsewhere within the jurisdiction of the Court, **Defendant,**

**THOMAS CHARLES HALLOCK,**

did knowingly and intentionally possess with intent to distribute a controlled substance. This offense involves in excess of 50 kilograms of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), and 841(b)(1)(C).

TRUE COPY, I CERTIFY
ATTEST:
Michael N. Milby, Clerk
By _____ Deputy Clerk

## COUNT TWO

On or about March 13, 2004, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, **Defendant**,

**THOMAS CHARLES HALLOCK,**

did knowingly and intentionally import into the United States of America from the Republic of Mexico a controlled substance. This violation involved a quantity in excess of 50 kilograms of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 960(b)(3).

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

_____
MATTHEW RINKA
Assistant United States Attorney

AO 245B    (Rev. 12/03) Judgment in a Criminal Case

United States District Court
Southern District of Texas
FILED
SEP 1 5 2005    EH
Michael N. Milby, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Laredo

United States District Court
Southern District of Texas
ENTERED
SEP 1 8 2005
Michael N. Milby, Clerk
Laredo Division

UNITED STATES OF AMERICA

v.

**THOMAS CHARLES HALLOCK**

## JUDGMENT IN A CRIMINAL CASE

CASE NUMBER: 5:04CR00631-001
USM NUMBER: 34912-179

Octavio Salinas, II
Defendant's Attorney

☐ See Additional Aliases.

**THE DEFENDANT:**

☒ pleaded guilty to count(s)    one on May 4, 2004.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) | Possess with intent to distribute a quantity in excess of 50 kilograms of marihuana | 03/13/2004 | One |

☐ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☒ Count(s) two _____    ☒ is  ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

September 9, 2005
Date of Imposition of Judgment

Signature of Judge

GEORGE P. KAZEN
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

9/14/05
Date

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk
By _____
Deputy Clerk

OJC/JC/kim

AO 245B (Rev. 12/03) Judgment in a Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 6

DEFENDANT: THOMAS CHARLES HALLOCK
CASE NUMBER: 5:04CR00631-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of     24 months.

The defendant waived the right to appeal the sentence.

☐ See Additional Imprisonment Terms.

☒ The court makes the following recommendations to the Bureau of Prisons:
That the defendant be placed in a facility near his hometown of Rockford, Illinois, as long as the security needs of the Bureau of Prisons are met.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☒ before 2 p.m. on   in the month of January 2006
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 12/03) Judgment in a Criminal Case
           Sheet 3 -- Supervised Release

Judgment -- Page 3 of 6

DEFENDANT: THOMAS CHARLES HALLOCK
CASE NUMBER: 5:04CR00631-001

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: 3 years.

☐ See Additional Supervised Release Terms.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. *(for offenses committed on or after September 13, 1994)*

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

☒ See Special Conditions of Supervision.

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B  (Rev. 12/03) Judgment in a Criminal Case
Sheet 3C — Supervised Release

Judgment — Page 4 of 6

DEFENDANT: THOMAS CHARLES HALLOCK
CASE NUMBER: 5:04CR00631-001

# SPECIAL CONDITIONS OF SUPERVISION

The defendant is required to perform 75 hours of community service as approved by the probation officer, to be completed within the first 10 months of supervision.

AO 245B (Rev. 12/03) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page 5 of 6

DEFENDANT: THOMAS CHARLES HALLOCK
CASE NUMBER: 5:04CR00631-001

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS** | $100.00 | | |

☐ See Additional Terms for Criminal Monetary Penalties.

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal payees must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|

☐ See Additional Restitution Payees.

**TOTALS** $ 0.00  $ 0.00

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B  (Rev. 12/03) Judgment in a Criminal Case
Sheet 6 -- Schedule of Payments

Judgment -- Page 6 of 6

DEFENDANT: THOMAS CHARLES HALLOCK
CASE NUMBER: 5:04CR00631-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☒ Lump sum payment of $ 100.00 due immediately, balance due
  ☐ not later than _____, or
  ☒ in accordance with ☐ C, ☐ D, ☐ E, or ☒ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ installments of $ _____ over a period of _____, to commence _____ days after the date of this judgment; or

D ☐ Payment in equal _____ installments of $ _____ over a period of _____, to commence _____ days after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ days after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:
  Make all payments payable to: U.S. District Clerk, 1300 Victoria, Suite 2111, Laredo, TX 78040.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

**Case Number**
**Defendant and Co-Defendant Names**
**(including defendant number)** | **Total Amount** | **Joint and Several Amount** | **Corresponding Payee, if appropriate**

☐ See Additional Defendants and Co-Defendants Held Joint and Several.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

☐ See Additional Forfeited Property.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

```
*********************************************************************************************
RUN ON 11/05/07                      FEDERAL COURT SYSTEMS                           PAGE: 1
                                  SOUTHERN DISTRICT OF TX
                                    CASE INQUIRY REPORT
*********************************************************************************************

CASE NO: 5:04-CR-631-01    TITLE: USA VS HALLOCK, TOMAS

    DEFENDANT #              ORDERED AMOUNT    AMOUNT PAID    BALANCE DUE    PAYMENT TYPE

 1  HALLOCK, THOMAS                 100.00         100.00          0.00      SPECIAL ASSESSMENT
    --------------                  ------         ------          ----
                                    100.00         100.00          0.00

TRANSACTION  RECEIPT/   RECEIPT/    INCREASE/   TYPE OF   ACCOUNT    DEFENDANT       COMMERCIAL   OTHER
             VOUCHER    VOUCHER     (DECREASE)  TRANS-    NUMBER     PAYEE/BANK      BANKS
             NUMBER     DATE        CASE BAL    ACTION               NUMBER

RECEIVED     40410762001 05/07/06    25.00      CH        504100     1                            25.00
RECEIVED     40410828201 07/01/06    25.00      CH        504100     1                            25.00
RECEIVED     40410915601 07/15/06    25.00      CH        504100     1                            25.00
RECEIVED     40411036801 08/19/06    25.00      CH        504100     1                            25.00

*********** CASE SUMMARY ***********

TOTAL CASE BALANCE:                               100.00                                         100.00

BALANCE IN U.S. TREASURY:                                                              0.00
CASE DEPOSITORY MAINT. BALANCE :                                                       0.00

BALANCE IN COMMERCIAL BANKS:                                                           0.00
CASE DEPOSITORY MAINT. BALANCE :                                                       0.00

DEPOSITS TO RECEIPT ACCOUNTS:

TYPE OF TRANSACTION:
AD: ADJUSTMENT-388800      AJ: ADJUSTMENT          BV: BANK VOUCHER        CH: CASH
BD: DIRECT BANK DEPOSIT    BT: BANK TRANSFER       CC: CREDIT CARD         CR: CASE REFUND
CK: CHECK                  CL: COLLATERAL          CN: CONVERSION          FF: FORFEITURE
CV: CASE VOUCHER           DW: DIRECT WITHDRAWL    DV: DEBIT VOUCHER       VD: VOID
I : INTEREST               MO: MONEY ORDER         TR: TRANSFER
```

TRUE COPY I CERTIFY
ATTEST:
Michael N. Milby, Clerk
By *[signature]*
Deputy Clerk